Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: dustin.fumolaw@gmail.com; kristine.fumolaw@gmail.com
Attorney for Defendant – BRYAN ROBINSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-mj-00766-EJY |
| Plaintiff, | |
| v. | |
| BRYAN ROBINSON, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION**

IT IS HEREBY STIPULATED AND AGREED by and between DUSTIN R. MARCELLO, ESQ. Counsel for Defendant BRYAN ROBINSON and JAMIE MICKELSON, Assistant United States Attorney, that Preliminary Examination currently scheduled for September 15, 2020 at 4:00 p.m., be vacated and reset to a date and time convenient to the court but no earlier than sixty (50) days.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

-1-

3. Counsel for defendant has spoken to AUSA and she has no objection to the continuance.

4. Counsel needs additional time to adequately review the case.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: September 14, 2020

| /S/ | /S/ |
|---|---|
| DUSTIN R. MARCELLO, ESQ. | JAMIE MICKLESON, ESQ. |
| 601 Las Vegas Boulevard, South | ASSISTANT UNITED STATES ATTORNEY |
| Las Vegas, Nevada 89101 | 500 LAS VEGAS BOULEVARD SOUTH. #1200 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |
| BRYAN ROBINSON | ATTORNEY FOR UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-00766-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and he has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and she has no objection to the continuance.

4. Counsel needs additional time to adequately review the case.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the first request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Probation Revocation Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for September 15, 2020, at 4:00 p.m., be continued to the __16th__ day of __November__, **2020** at __4:00 p.m.__, in courtroom **3B.**

DATED this _15th_ day of ___September___, 2020.

_____
U.S. MAGISTRATE JUDGE