# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN ROBINSON,<br><br>Defendant. | 2:20-CR-333-APG-BNW<br><br>**Preliminary Order of Forfeiture** |

This Court finds Bryan Robinson pled guilty to Counts One and Three of a Three-Count Criminal Indictment charging him in Count One with wire fraud in violation of 18 U.S.C. § 1343 and in Count Three with engaging in transactions in unlawful proceeds in violation of 18 U.S.C. § 1957. Criminal Indictment, ECF No. 21; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Bryan Robinson agreed to the imposition of the in personam criminal forfeiture money judgments of $751,262 for wire fraud and $150,581 for engaging in transactions in unlawful proceeds set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 21; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgments are (1) any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957, or any property traceable to such property; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1343 and 1957, specified unlawful activities as defined in 18 U.S.C §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offenses; (3) any property, real or personal, involved in a

violation of 18 U.S.C. § 1957, or any property traceable to such property; and (4) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of 18 U.S.C. § 1343, affecting a financial institution, or a conspiracy to violate such offense and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

This Court finds that Bryan Robinson shall pay in personam criminal forfeiture money judgments of $751,262 for wire fraud and $150,581 for engaging in transactions in unlawful proceeds to the United States of America, but the total collected money judgment amount is not to exceed $751,262 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgments comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Bryan Robinson in personam criminal forfeiture money judgments of $751,262 for wire fraud and $150,581 for engaging in transactions in unlawful proceeds.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED July 28, 2022 _____, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3