DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine@fumolaw.com
Attorney for Defendant
BRYAN ROBINSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00333-APG-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| BRYAN ROBINSON, | ) | |
| | ) | (Second Request) |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between BRYAN ROBINSON, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ. and JESSICA OLIVA, Assistant United States Attorney, that sentencing in the above-captioned matter currently scheduled for March 8, 2023 at the hour of 10:00 a.m., be vacated and continued no earlier than after 90 days or to a date and time to be set by this Honorable Court. This is the second request for continuance of Mr. Robinson's sentencing date.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is out of custody.

4. Additional time is needed to prepare for the Defendant's sentencing.

-1-

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request to continue the sentencing.

7. The additional time requested herein is not sought for purposes of delay.

8. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED this 24th day of February 2023.

| PITARO & FUMO, CHTD. | JASON FRIERSON<br>UNITED STATES ATTORNEY |
|---|---|
| /s/Dustin R. Marcello, Esq.<br>DUSTIN R. MARCELLO, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEYS FOR DEFENDANT<br>BRYAN ROBINSON | /s/Jessica Oliva, Esq.<br>JESSICA OLIVA, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES OF AMERICA,               )          2:20-cr-00333-APG-BNW
                                        )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )
                                        )
                                        )
BRYAN ROBINSON,                         )
                                        )
                                        )
         Defendant.                     )
_____)

ORDER

This matter coming on the parties' Stipulation and Order to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is out of custody.

4. Additional time is needed to prepare for the Defendant's sentencing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request to continue the sentencing.

7. The additional time requested herein is not sought for purposes of delay.

8. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

**IT IS THEREFORE ORDERED** that SENTENCING currently scheduled for March 8, 2023 at the hour of 10:00 a.m., be vacated and continued to the 14th day of June, 2023, at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 27th of February, 2023.

_____
U.S. DISTRICT JUDGE