DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine@fumolaw.com
Attorney for Defendant
BRYAN ROBINSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00333-APG-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| BRYAN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | (Third Request) |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between BRYAN ROBINSON, Defendant, by

and through his counsel DUSTIN R. MARCELLO, ESQ. and JESSICA OLIVA, Assistant

United States Attorney, that sentencing in the above-captioned matter currently scheduled for

June 14, 2023 at the hour of 10:30 a.m., be vacated and continued no earlier than after 90 days or

to a date and time to be set by this Honorable Court.  This is the third request for continuance of

Mr. Robinson's sentencing date.

This Stipulation is entered into for the following reasons:

1.  Counsel has spoken with the Defendant and he has no objection to the continuance.

2.  The parties agree to the continuance.

3.  Defendant is out of custody.

4.  Additional time is needed to prepare for the Defendant's sentencing.

5.  Additionally, denial of this request for continuance would result in a miscarriage of justice.

6.  This is the third request to continue the sentencing.

7.  The additional time requested herein is not sought for purposes of delay.

8.  For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED this 6th day of June 2023.

PITARO & FUMO, CHTD.

_____/s/Dustin R. Marcello, Esq._____
DUSTIN R. MARCELLO, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEYS FOR DEFENDANT
BRYAN ROBINSON

JASON FRIERSON
UNITED STATES ATTORNEY

_____/s/Jessica Oliva, Esq._____.
JESSICA OLIVA, ESQ.
ASSISTANT UNITED STATES ATTORNEY
LAS VEGAS, NEVADA 89101

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00333-APG-BNW |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN ROBINSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>ORDER</u>

This matter coming on the parties' Stipulation and Order to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is out of custody.

4. Additional time is needed to prepare for the Defendant's sentencing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the third request to continue the sentencing.

7. The additional time requested herein is not sought for purposes of delay.

8. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

**IT IS THEREFORE ORDERED** that SENTENCING currently scheduled for June 14, 2023 at the hour of 10:30 a.m., be vacated and continued to this 20th day of September, 2023, at the hour of 11:00 a.m. in Courtroom 6C.

DATED this 6th of June, 2023.

_____
U.S. DISTRICT JUDGE

-4-