UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00333-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BRYAN ROBINSON, | |
| Defendant. | |

Pending before the Court is the Motion for Government Attorney Appearance Under Local Rule IA 11-3 and to Withdraw Attorney. ECF No. 78. Counsel for Plaintiff requests that Kyle Crawford, Trial Attorney with the United States Department of Justice, be permitted to appear as counsel in the above captioned case. Counsel also requests that Amanda Swanson be withdrawn from the case because she is no longer an attorney with the United States Department of Justice.

Good cause appearing, IT IS HEREBY ORDERED that the Motion for Government Attorney Appearing Under Local Rule IA 11-3 and to Withdraw Attorney (ECF No. 78) is GRANTED.

IT IS FURTHER ORDERED that Kyle Crawford must be added to the docket as counsel for Plaintiff.

IT IS FURTHER ORDERED that the Clerk of Court remove Amanda Swanson's name from CM/ECF as counsel for Plaintiff so that she no longer receives electronic service of materials filed in this case.

Dated this 9th day of August, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE