JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN ROBINSON,<br><br>Defendant. | Case No. 2:20-cr-00333-APG-EJY<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3 and to Withdraw Attorney** |

    The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Kyle Crawford, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, be permitted to appear before this Court in the above-captioned case.

    Mr. Crawford is a member in good standing of the bar of the District of Columbia, he is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

The United States further moves pursuant to LR IA 11-6(b) that this Court allow Amanda Swanson, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, to withdraw as an attorney of record for the United States in this case and to substitute Kyle Crawford as an attorney of record for the United States in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown since Trial Attorney Amanda Swanson is no longer an attorney in the Criminal Division, Fraud Section.

Dated: August 8, 2023

Respectfully submitted,

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney
Chief, Criminal Division

**Order**

IT IS HEREBY ORDERED that Kyle Crawford is permitted to appear before this Court in this case.

IT IS FURTHER ORDERED that Amanda Swanson is withdrawn as an attorney in this case.

IT IS SO ORDERED: _____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2023

2