# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00333-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| BRYAN ROBINSON, | |
| Defendant | |

I ORDER the clerk of court to strike my order at ECF No. 80 as duplicative of Magistrate Judge Youchah's order at ECF No. 79.

DATED this 11th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE